IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

FILED

JUL 3 1 2012

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| OSCAR HERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-11-267-W |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 9, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this case and recommended that the decision of the defendant, Michael J. Astrue, Commissioner of the Social Security Administration ("Commissioner"), denying the Application for Supplemental Security Income filed by plaintiff Oscar Hernandez be affirmed. Hernandez was advised of his right to file written objections to the Report and Recommendation, but no objections have been filed within the allotted time.

Upon review of the record, the Court finds no error has occurred warranting the requested reversal and remand and concurs with Magistrate Judge Bacharach's suggested disposition of this matter. The Commissioner's relevant factual findings are supported by substantial evidence in light of the entire record, and he applied the correct legal standards. E.g., O'Dell v. Shalala, 44 F.3d 855, 858 (10th Cir. 1994).

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 25] issued on July 9, 2012;

(2) AFFIRMS the Commissioner's decision to deny Hernandez's Application for Supplemental Security Income; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this 31st day of July, 2012.

/s/ Lee R. West
LEE R. WEST
UNITED STATES DISTRICT JUDGE